# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THURMAN LEROY ROGERS, JR., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FRESNO COUNTY DEPARTMENT OF SOCIAL SERVICES CHILD WELFARE DEPARTMENT, *et al.*, <br><br> Defendants. | Case No. 1:17-cv-01381-AWI-EPG <br><br> **ORDER GRANTING IN FORMA PAUPERIS APPLICATIONS** <br><br> (ECF Nos. 2, 3) |

Plaintiffs Thurman Leroy Rogers, Sheryl Dawn Dilldine, and Shirley Ann Farley commenced this 42 U.S.C. § 1983 action on October 13, 2017. On the same date, Plaintiffs Thurman Leroy Rogers and Sheryl Dawn Dilldine filed applications to proceed *in forma pauperis*. (ECF Nos. 2, 3). Plaintiffs have made the required showing pursuant to 28 U.S.C. § 1915(a). Accordingly, the request to proceed *in forma pauperis* is GRANTED.

As to the status of the complaint, Plaintiffs are advised that pursuant to 28 U.S.C. § 1915(e)(2), the Court must conduct an initial review of every *pro se* complaint to determine whether it is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or

1

malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment. Plaintiffs' complaint will be screened in due course and Plaintiffs will be served with the resulting order.

IT IS SO ORDERED.

Dated: **October 17, 2017**  /s/ Erin P. Grosj
UNITED STATES MAGISTRATE JUDGE